# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL MORRILL | ) |
|     Plaintiff | ) |
| v. | ) No. 1:18-cv-00169-JAW |
| HEATHER SKOLFIELD, et al. | ) |
|     Defendants | ) |

**ORDER DENYING MOTION TO AMEND COMPLAINT**

On April 26, 2018, Daniel Morrill filed a complaint under 42 U.S.C. § 1983 with this Court. *Compl.* (ECF No. 1). The Complaint attacked the legal basis for protection from abuse orders, which the state of Maine district court issued against him, imposing firearms and other restrictions. *Id.* Mr. Morrill named as Defendants Heather Skolfield, the person who obtained the orders, Janet Mills, the Attorney General for the state of Maine, John Morris, the Commissioner for the Department of Public Safety for the state of Maine, and Pine Tree Legal Assistance, Inc., which represented Ms. Skolfield during part of the proceedings leading to the issuance of the protection from abuse orders. *Id.* On May 31, 2018, the Magistrate Judge issued a recommended decision in which he recommended that the Court dismiss the Complaint and the ancillary motions. *Recommended Decision After Screening Compls. Pursuant to 28 U.S.C. § 1915(e)* at 13 (ECF No. 8) (*Recommended Decision*). On July 19, 2018, Mr. Morrill filed a motion to amend his complaint, Ex-Parte *Mot. for Permission to File Am. Compl. Against Def. Heather Skolfield* (ECF No. 10). He

also filed his proposed Amended Complaint, *id.* Attach. 1, and a number of exhibits. *Id.* Attachs. 2-21.

Rule 15(a) of the Federal Rules of Civil Procedure provides in part that leave to amend pleadings "shall be freely given when justice so requires." FED. R. CIV. P. 15(a). "This does not mean, however, that a trial court must mindlessly grant every request for leave to amend." *Aponte-Torres v. Univ. of Puerto Rico*, 445 F.3d 50, 58 (1st Cir. 2006). "When a proffered amendment comes too late, would be an exercise in futility, or otherwise would serve no useful purpose, the district court need not allow it." *Id.* "[I]f the proposed amendment would be futile because, as thus amended, the complaint still fails to state a claim, the district court acts within its discretion in denying the motion to amend." *Boston & Me. Corp. v. Hampton*, 987 F.2d 855, 868 (1st Cir. 1993); *see also Edlow v. RBW, LLC*, 688 F.3d 26, 39 (1st Cir. 2012).

Simultaneously with this order, the Court is issuing an order affirming the Recommended Decision and granting judgment in favor of the Defendants. The Court concluded that there was no subject-matter jurisdiction over Mr. Morrill's state claims because there was no diversity of citizenship or pendant jurisdiction, that the federal claims against Ms. Skolfield and Pine Tree Legal Assistance must be dismissed because neither is a state actor, and that Mr. Morrill's other challenges were either barred by the *Rooker-Feldman* doctrine or otherwise failed to state a claim upon which relief may be granted.

The Court reviewed Mr. Morrill's proposed Amended Complaint, as well as the attached exhibits. Mr. Morrill essentially reiterates some of the same claims against

2

the previously impleaded defendants in his original Complaint. In addition, Mr. Morrill seeks to add three government defendants, Meagan Maloney, Andrew Robinson, and R. Christopher Almy; all District Attorneys for Maine prosecutorial districts. Even though there are fewer claims in the amended complaint, the substance is nearly indistinguishable to several of the challenges in the original Complaint. The Court concludes that to permit Mr. Morrill to amend the Complaint as he proposes would be futile because the proposed amendments suffer from the same fatal flaws as the original Complaint, namely, there is no jurisdiction over the state claims, the claims against the private defendants lack state action, and the remaining federal claims against the government employees are either barred by the *Rooker-Feldman* doctrine or otherwise fail to state a claim upon which relief may be granted.

The Court DENIES Daniel Morrill's Ex-Parte Motion for Permission to File Amended Complaint Against Defendant Heather Skolfield (ECF No. 10).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2018